```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 30585
   ROBERT J MNICHOWICZ
   JEANNE M MNICHOWICZ                       CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-2111     SSN XXX-XX-6213


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/10/2008 and was not confirmed.

     The case was converted to chapter 7 without confirmation 02/16/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------------
GREAT LAKES HIGHER ED CO UNSEC W/INTER  13925.20            .00            .00
NATIONAL CITY BANK       UNSEC W/INTER   6607.03            .00            .00
CITI MORTGAGE            CURRENT MORTG       .00            .00            .00
CITI MORTGAGE            CURRENT MORTG       .00            .00            .00
AAEC CREDIT UNION        NOTICE ONLY   NOT FILED            .00            .00
ABN AMRO MORTGAGE GROUP  MORTGAGE NOTI NOT FILED            .00            .00
HITCHCOCK AND ASSOCIATES PRIORITY      NOT FILED            .00            .00
GEMB/AMERICAN EAGLE      UNSEC W/INTER NOT FILED            .00            .00
BAC/FLEET BKCARD         UNSEC W/INTER NOT FILED            .00            .00
BARFIRELD                UNSEC W/INTER NOT FILED            .00            .00
ROUNDUP FUNDING LLC      UNSEC W/INTER   8609.84            .00            .00
ROUNDUP FUNDING LLC      UNSEC W/INTER   1876.82            .00            .00
CAPITAL ONE              UNSEC W/INTER   5399.54            .00            .00
ECAST SETTLEMENT CORP    UNSEC W/INTER   1685.66            .00            .00
NORTHWEST COMMUNITY HOSP UNSEC W/INTER NOT FILED            .00            .00
PRA RECEIVABLES MGMT     UNSEC W/INTER    949.62            .00            .00
ALEXIAN BROTHER MEDICAL  UNSEC W/INTER NOT FILED            .00            .00
DIRECT MERCHANTS BANK    UNSEC W/INTER NOT FILED            .00            .00
DIRECT MERCHANTS BANK    UNSEC W/INTER NOT FILED            .00            .00
DISCOVER FINANCIAL SERVI UNSEC W/INTER   9417.51            .00            .00
GE CONSUMER FINANCE      UNSEC W/INTER    967.86            .00            .00
GLELSI/KEY BANK USA      NOTICE ONLY   NOT FILED            .00            .00
HOUSEHOLD MORTGAGE SERVI UNSEC W/INTER NOT FILED            .00            .00
ECAST SETTLEMENT CORP    UNSEC W/INTER   2856.04            .00            .00
ECAST SETTLEMENT CORP    UNSEC W/INTER    695.88            .00            .00
HSBC BEST BUY            UNSEC W/INTER NOT FILED            .00            .00
ROUNDUP FUNDING LLC      UNSEC W/INTER    626.38            .00            .00
CHASE BANK USA NA        UNSEC W/INTER   2869.98            .00            .00
NCB/COLS                 UNSEC W/INTER NOT FILED            .00            .00
NICOR GAS                UNSEC W/INTER NOT FILED            .00            .00
REGENCY MEDICAL CENTER   UNSEC W/INTER NOT FILED            .00            .00
REGENCY MEDICAL CENTER   UNSEC W/INTER NOT FILED            .00            .00
REGENCY MEDICAL CENTER   UNSEC W/INTER NOT FILED            .00            .00
TARGET NATIONAL BANK     UNSEC W/INTER  13589.82            .00            .00
ECAST SETTLEMENT CORP    UNSEC W/INTER    529.89            .00            .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 30585 ROBERT J MNICHOWICZ & JEANNE M MNICHOWICZ
```

```
AAEC CREDIT UNION        SECURED NOT I    735.11              .00            .00
ROUNDUP FUNDING LLC      UNSECURED        275.99              .00            .00
THOMAS R HITCHCOCK       DEBTOR ATTY         .00                             .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00
```

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                                  .00

PRIORITY                                                    .00
SECURED                                                     .00
UNSECURED                                                   .00
ADMINISTRATIVE                                              .00
TRUSTEE COMPENSATION                                        .00
DEBTOR REFUND                                               .00
                         ---------------    ---------------
TOTALS                                   .00                .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                         /s/ Tom Vaughn
     Dated: 03/26/09     _____
                         TOM VAUGHN
                         CHAPTER 13 TRUSTEE